## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**LAURA LANGLEY, through her parents**     **PLAINTIFFS**
**and next friends, Charles Langley and**
**Kathy Langley, and CHARLES LANGLEY**
**AND KATHY LANGLEY, Individually**

**V.**     **CASE NO. 1:05CV40**

**MONROE COUNTY SCHOOL DISTRICT**     **DEFENDANT**

### ORDER

Pursuant to the opinion issued by the Fifth Circuit Court of Appeals, this court hereby dismisses this action.

This the 26th day of February, 2008.

        **/s/ MICHAEL P. MILLS**
        **CHIEF JUDGE**
        **UNITED STATES DISTRICT COURT**
        **NORTHERN DISTRICT OF MISSISSIPPI**